Michael S. Macko, Department of Justice, Michael J. Timinski, Lara K. Eilhardt, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

**ON MOTION**

**ORDER**

Upon consideration of Robert F. Bishop's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

Eugene A. Fischer, Butner, NC, for Plaintiff–Appellant.

Russell A. Shultis, Department of Justice, Washington, DC, for Defendant–Appellee.

**ON MOTION**

**ORDER**

Eugene A. Fischer moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Any other pending motions are denied as moot.

(3) Each side shall bear its own costs.

Eugene A. FISCHER, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2011–5047.

United States Court of Appeals, Federal Circuit.

April 22, 2011.

MEMORYLINK CORP., Plaintiff–Appellant,

v.

MOTOROLA, INC., Jonathan P. Meyer, Hugh C. Dunlop, Thomas G. Berry, J. Ray Wood, and Terri S. Hughes, Defendants–Appellees.

No. 2010–1533.

United States Court of Appeals, Federal Circuit.

May 2, 2011.